David A. Kotler, #83045
David Kistenbroker (*Pro Hac Pending*)
Joni S. Jacobsen (*Pro Hac Pending*)
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, NJ 08540
Tel:  (609) 955-3200
Fax:  (609) 955-3259

david.kotler@dechert.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE LIPOCINE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>All Actions | Civ. Action No.: 16-4009-BRM-LHG |

**STIPULATION AND [PROPOSED] ORDER**

Lead Plaintiff Lipocine Investor Group ("Plaintiff") and Defendants Lipocine Inc., Mahesh V. Patel, and Morgan R. Brown (collectively, "Defendants"), by and through their attorneys, hereby stipulate and agree to the following.

1. WHEREAS, the initial complaint in the above-captioned action was filed on July 1, 2016;

2. WHEREAS, on July 6, 2016, a securities class action was filed in the District of New Jersey, captioned *Morassi v. Lipocine Inc., et al.* (No: 3:16-cv-04067-PGS-LHG) (the "*Morassi* Action");

3.     WHEREAS, on July 7, 2016, a securities class action was filed in the District of New Jersey, captioned *Burleson v. Lipocine Inc.*, *et al*. (No: 3:16-cv-04129-PGS-LHG) (the "*Burleson* Action");

4.     WHEREAS, on December 2, 2016, the Court entered an order consolidating the *Morassi* Action and *Burleson* Action with the above-captioned action, adopting a consolidated caption and appointing lead counsel. (Dkt. 21);

5.     Defendants anticipate filing an Unopposed Motion to Transfer Venue ("Motion to Transfer") in the next seven (7) days;

NOW THEREFORE, it is hereby stipulated and agreed by the parties to this action, by and through their undersigned counsel, as follows:

1.     Plaintiffs' consolidated amended complaint shall be due forty-five (45) days after the Order to Transfer is entered.

2.     Defendants' motion to dismiss shall be due forty-five (45) days after Plaintiffs' consolidated amended complaint is filed;

3.     Plaintiffs' response shall be due forty-five (45) days after Defendants' motion to dismiss.

4.     Defendants' reply shall be due thirty (30) days after Plaintiffs' response.

IT IS SO STIPULATED.

Dated:  December 8, 2016

/s/ *David A. Kotler*
David A. Kotler
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, NJ 08543
(609) 955-3200

David H. Kistenbroker (pro hac pending)
Joni S. Jacobsen (pro hac pending)
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, Illinois 60601
(312) 646-5800

*Counsel for Defendants*


/s/ B*ruce D. Greenberg*
Bruce D. Greenberg
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102
(973) 623-3000

Jeremy A. Lieberman
J. Alexander Hood II
Marc Gorrie
Tamar Weinrib
POMERANZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
(212) 661-1100

Patrick V. Dahlstrom
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
(312) 377-1181

*Counsel for Lipocine Investor Group*

\* \* \*
**ORDER**

IT IS SO ORDERED

Dated: _____

_____
U.S. District Court Judge