# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____
                                            :
IN RE LIPOCINE INC. SECURITIES              :
LITIGATION                                  :      Civ. Action No.: 16-4009-BRM-LHG
                                            :
This Document Relates To:                   :              **ORDER**
All Actions                                 :
_____     :

     **THIS MATTER** is opened to the Court by Defendants Mahesh Patel, Morgan Brown, and Lipocine Inc. (collectively, "Defendants") upon a Motion to Transfer Venue (ECF No. 25), pursuant 28 U.S.C. § 1404(a), to the United States District Court for the District of Utah. Lead Plaintiff Lipocine Investor Group ("Plaintiff") does not oppose the Motion.

     "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The Court having considered the parties' written submissions in connection with the Motion, pursuant to Fed. R. Civ. P. 78, finds (1) the Court has subject matter jurisdiction over this matter, pursuant to 28 U.S.C. § 1331, because the claims at issue arise under federal law: § 10(b), Rule 10b-5, and § 20(a) of the Exchange Act; (2) venue is properly laid in the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1331, because the claims at issue arise under federal law, and, pursuant to 15 U.S.C. § 78aa, because the alleged misstatements or omissions, which form the basis of the securities fraud claims at issue, were made in Utah; and (3) on balance, the interests of justice, convenience of the parties and witnesses, and all other relevant private and public factors weigh in favor of transfer to the District of Utah for the reasons articulated in Defendants' Motion

to Transfer. Accordingly, for good cause shown,

**IT IS** on this 13th day of March, 2017,

**ORDERED** that the Motion to Transfer Venue (ECF No. 25) is **GRANTED**; it is further

**ORDERED** that this action is **TRANSFERRED** from the United States District Court for the District of New Jersey to the United States District Court for the District of Utah; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**